IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CHARLISA DREWRY,**

   **Plaintiff,**

                                      Civil Action 2:21-cv-490
   v.                           Judge Edmund A. Sargus, Jr.
                                        Magistrate Judge Chelsey M. Vascura

**COMMISSIONER OF SOCIAL SECURITY,**

   **Defendant.**

## ORDER

This matter is before the Court for consideration of the parties' Joint Motion for Remand to the Commissioner pursuant to Sentence Four of the Social Security Act, 42 U.S.C. § 405(g). (ECF No. 13.)  Per the parties' agreement, on remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision.  The Commissioner will then develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act.  Accordingly, this case is **REMANDED** to the Commissioner and the ALJ under Sentence Four of § 405(g) for further proceedings.

   **IT IS SO ORDERED.**

                                                     s/ Edmund A. Sargus, Jr.    8/3/2021
                                                     EDMUND A. SARGUS, Jr.
                                                     UNITED STATES DISTRICT JUDGE